the situation does not control or strengthen the position of the plaintiff when he had no authority to make the motion in the first instance. The order of the court below should be affirmed.

■ CLARE FOSTER, Respondent, v. JESSE E. FOSTER, Appellant.— Motion for an order permitting defer·dant-appellant leave to appeal on original papers and typewritten brief. Motion denied, without costs. Attention is called to rule VII of the rules of this court. Present — Foster, P. J., Bergan, Coon, Gibson, and Herlihy, JJ.